FILED

SEP 1 5 2020

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Criminal No. **19-cr-4768-GPC**
                                 )
                Plaintiff,       )   **CONSENT TO RULE 11 PLEA**
                                 )   **IN A FELONY CASE BEFORE**
v.                               )   **UNITED STATES MAGISTRATE**
                                 )   **JUDGE**
**Morad Marco Garmo**            )
                                 )
                Defendant.       )
_____  )

I have been advised by my attorney and by the
United States Magistrate Judge of my right to enter my
plea in this case before a United States District
Judge. I hereby declare my intention to enter a plea
of guilty in the above case, and I request and consent
to have my plea taken by a United States Magistrate
Judge pursuant to Rule 11 of the Federal Rules of
Criminal Procedure.

I understand that if my plea of guilty is taken by
the United States Magistrate Judge, and the Magistrate
Judge recommends that the plea be accepted, the
assigned United States District Judge will then decide
whether to accept or reject any plea agreement I may

1  have with the United States and will adjudicate guilt

2  and impose sentence.

3      I further understand that any objections to the

4  Magistrate Judge's findings and recommendation must be

5  filed within 14 days of the entry of my guilty plea.

6

7

8  Dated: 9/02/2020 _____
                                   Defendant

9

10

11 Dated: 9/02/20 _____
                                   Attorney for Defendant

12

13

14     The United States Attorney consents to have the

15 plea in this case taken by a United States Magistrate

16 Judge pursuant to Criminal Local Rule 11.1.

17

18

19 Dated: 9/9/2020 _____
                                   Assistant United States

20                                 Attorney

21

22

23

24

25

26

27

28